UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| In re:<br><br>ON-LINE TRAVEL COMPANY (OTC)<br>HOTEL BOOKING ANTITRUST<br>LITIGATION | Case No. 3:12-MD-2405-B<br><br>(This Document Relates to All Cases) |

**SUPPLEMENTAL MEMORANDUM IN SUPPORT OF THE ORIGINAL
AND CONSENSUS PLAINTIFFS' REQUEST FOR APPOINTMENT
OF HAGENS BERMAN AS INTERIM LEAD COUNSEL AND
STANLEY IOLA AS LIAISON COUNSEL FOR THE PUTATIVE CLASS**

This supplemental memorandum is submitted on behalf of the Plaintiffs and Counsel set forth below, all of whom support appointment of Hagens Berman Sobol Shapiro LLP as Lead Counsel and Stanley Iola LLP as Liaison Counsel for the putative class in this case. In considering that request, the Court should be advised of the following.

At the February 25th conference, one of the counsel urging appointment of the Smith Group stated that a "deal" had been made involving counsel supporting Hagens Berman. We have no interest in recriminations of any kind, but we want to be very clear: that statement has <u>no</u> basis in fact. There has been no "deal," promise or commitment of any kind, written or unwritten, between Hagens Berman or Stanley Iola and any of the many firms supporting their appointment as sole lead and liaison counsel in this case.

Because this erroneous statement was made, counsel supporting appointment of Hagens Berman and Stanley Iola should also be clear about the reasons we unanimously support the leadership structure proposed by the Original and Consensus Plaintiffs:

*First*, as Mr. Berman correctly represented, this is a proprietary case developed principally through the factual and legal investigation of the Hagens Berman firm. As Federal Rule of Civil Procedure 23(g) recognizes, this is an important factor in determining lead counsel. Indeed, where one firm has devoted significant time and resources to investigation and development of an antitrust case – and other firms then try to displace it as a lead or co-lead counsel – this has the potential to undermine private enforcement of the antitrust laws by discouraging firms from making the substantial investment required to investigate and develop such cases. Accordingly, on the facts of this case, this should be a significant factor favoring appointment of Hagens Berman as lead counsel.[1]

*Second*, as the submissions by the Hagens Berman firm make clear, it is highly qualified to serve as lead counsel in this complex antitrust class action. While the firms below are also highly qualified – and have served as lead or co-lead counsel in many antitrust class actions – these counsel have agreed to support Hagens Berman as lead in this case not because of any "deal" or other commitment, but because on the facts presented here, this is the most efficient and sensible manner to proceed in this case.[2]

*Third*, while counsel for the three firms seeking co-leads ("the Smith Group") argue that they offer a more efficient model, we believe the opposite conclusion is true. On the facts of this

---

[1] One of the three other firms seeking a co-lead position represented that it also devoted substantial time to the investigation of this case. We, of course, are in no position to evaluate that claim, but offer the following observations. The fact that a firm devoted significant time to investigation over a year period, but took no action to file the case – until Hagens Berman had filed – hardly supports the conclusion that the firm should then assume a leadership position for the class. That is particularly true here, where the follow-on complaint simply copies the factual allegations and legal analysis set forth in the Hagens Berman complaint. If anything, those facts should weigh *against* a leadership position.

[2] There are more than 25 experienced law firms that comprise the Consensus Group and many with significant antitrust class action experience. Each of the firms' website details this experience; by way of example only, see http://kaplanfox.com/practiceareas/competitionlaw/practice.html; http://bm.net/practice-areas/antitrust; http://www.cpmlegal.com/practices-Antitrust.html; http://www.girardgibbs.com/antitrust-law/. These descriptions of antitrust practice are exemplary only and certainly non-exclusive.

case, appointing a single firm lead – and, in particular, a firm with extensive experience in the management of antitrust class action litigation – is most likely to result in efficiencies and avoid duplication. The efficient allocation of work will be directed by a firm with substantial expertise in such matters and will, with the Court's approval, be subject to the [Proposed] Guidelines to Limit Costs and Expenses, Including Attorneys' Fees. Indeed, the ability of the proposed leadership structure to move this case forward in an efficient and sensible manner is evidenced by the Original and Consensus Plaintiffs' Position Statement (and the exhibits filed therewith), which reflects a clear vision, grounded in experience, regarding the manner in which many of the procedural issues posed by this case can efficiently and effectively be addressed.

All of the firms set forth below understand that the proposed leadership structure may or may not result in *any* work for these firms. Notwithstanding this, we unanimously support the proposed leadership structure because it is in the best interests of this litigation and the putative class.

*Finally*, we urge the Court to adopt the leadership structure proposed by the Original and Consensus Plaintiffs, rather than a combination of the two competing proposals. This result is dictated here by the factors described in Federal Rule of Civil Procedure 23(g). It also appropriately avoids placing counsel for the Smith Group in a favored position over the many counsel listed below, who would be highly qualified to lead or co-lead this litigation but have elected to support Hagens Berman based on the proprietary nature of the case, the factors set forth in Rule 23(g), and the best interests of the putative class in the circumstances presented here.

DATED: February 28, 2013                              Respectfully Submitted,

By: /s/ Kit A. Pierson

| | |
|---|---|
| Todd A. Seaver<br>BERMAN DEVALERIO<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br>tseaver@bermandevalerio.com | Kit A. Pierson<br>Meghan M. Boone<br>COHEN MILSTEIN SELLERS & TOLL PLLC<br>1100 New York Avenue, N.W.<br>Suite 500, West Tower<br>Washington, DC 20005<br>Telephone: (202) 408-4600<br>Facsimile: (202) 408-4699<br>kpierson@cohenmilstein.com<br>mboone@cohemnilstein.com |

Eric H. Gibbs
Dylan Hughes
Scott Grzenczyk
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

Ruthanne Gordon
Michael C. Dell'Angelo
Candice J. Enders
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
rgordon@bm.net
mdellangelo@bm.net
cenders@bm.net

Nancy Kaboolian
Natalie S. Marcus
ABBEY SPANIER, LLP
212 East 39th Street
New York, New York 10016
Telephone: 212-889-3700
nkaboolian@ eyspanier.com
nmarcus@abbeyspanier.com

Will Riley
PRICE WAICUKAUSKI & RILEY, LLC
301 Massachusetts Avenue
Indianapolis, IN 46204
Telephone: (317) 633-8787
Facsimile: (317) 633-8797
yballesteros@Price-law.com

Laurence D. Paskowitz
THE PASKOWITZ LAW FIRM, P.C.
208 East 51st Street
Suite 380
New York, New York 10022
Telephone: 212-685-0969
lpaskowitz@pasklaw.com

Daniel J. Mogin
THE MOGIN LAW FIRM, P.C.
707 Broadway, Suite 1000
San Diego, CA 2101
Tel: 619-687-6611
Fax: 619-687-6610
dmogin@moginlaw.com

Ronen Sarraf
Joseph Gentile
SARRAF GENTILE LLP
450 Seventh Avenue, Suite 1900
New York, New York 10123
Tel: 212-868-3610
Fax: 212-918-7967
ronen@sarrafgentile.com
joseph@saffafgentile.com

Eugene A. Spector
Jeffrey J. Corrigan
Jay Cohen
SPECTOR ROSEMAN
KODROFF & WILLIS, P.C.
1818 Market Street - Suite 2500
Philadelphia, P A 19103
Telephone: (215) 496-0300
Facsimile: (215) 496-6611
Email: espector@srkw-law.com
jcorrigan@srkw-law.com
jcohen @srkw-law.com

Irwin B. Levin
Richard E. Shevitz
Scott D. Gilchrist
COHEN & MALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Telephone: 317-636-6481
Facsimile: 317-636-2593
ilevin@cohenandmalad.com
rshevitz@cohenandmalad.com
sgilchrist@cohenandmalad.com

Laurence D. King
Linda M. Fong
KAPLAN FOX & KILSHEIMER LLP
350 Sansome Street, Suite 400
San Francisco, CA 94 104
Telephone: (415) 772-4700
Facsimile: (415) 772-4707
lking@kaplanfox.com
lfong@kaplanfox.com

Justin B. Farar
KAPLAN FOX & KILSHEIMER LLP
11111 Santa Monica Blvd, Suite 620
Los Angeles, CA 90025
Telephone: (310) 575-8670
Facsimile: (310) 575-8697
jfamr@kaplanfox.com

David E. Bower
FARUQI & FARUQI, LLP
10866 Wilshire Boulevard, Suite 1470
Los Angeles, CA 90024
Tel: (424) 256-2884
Fax: (424) 256-2885
dbower@faruqilaw.com

Joseph T. Lukens
Richard D. Schwartz
FARUQI &  FARUQI, LLP
101 Greenwood Avenue Suite 600
Jenkintown, P A 19046
Tel: (215) 577-5770
Fax: (215) 577-5771
jlukens@faruqilaw.com
rschwartz@faruqilaw.com

Guido Saveri
R. Alexander Saveri
SAVERI & SAVERI, INC.
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
guido@saveri.com

Joseph W. Cotchett
Steven N. Williams
COTCHETT, PITRE & MCCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com

Brian J. Barry
LAW OFFICES OF BRIAN BARRY
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (323) 522-5584
bribarry1@yahoo.com

Douglas A. Millen
Donald L. Sawyer
FREED KANNER LONDON & MILLEN LLC
2201 Waukegan Road
Suite 130
Bannockburn, IL 60015
224−632−4500
Fax: 224−632−4521
doug@fklmlaw.com

Christian M. Sande
CHRISTIAN SANDE LLC
310 Clifton Avenue
Suite 300
Minneapolis, MN 55403
612−387−1430
Fax: 612−677−3078

Joseph R. Saveri
Lisa Jennifer Leebove
SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
(415) 500−6800
Fax: 415−500−6803
Email: jsaveri@saverilawfirm.com
lleebove@saverilawfirm.com

Vincent J. Esades
Renae Diane Steiner
HEINS MILLS & OLDSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
612−338−4605
Fax: 612−338−4692
vesades@heinsmill rsteiner@heinsmills.com

Brett Cebulash
Kevin Landau
TAUS CEBULASH & LANDAU LLP
80 Maiden Lane, Suite 1204
New York, New York 10038
Tel: 212-931-0704

John Emerson
EMERSON POYNTER LLP
The Museum Building
500 President Clinton Avenue
Suite 305
Little Rock. Arkansas 72201
Tel: 501-907-2555
Fax: 501-907-2556

Christopher T. Micheletti
Craig C. Corbitt
Demetrius Xavier Lambrinos
Judith A. Zahid
ZELLE HOFMANN VOELBEL & MASON LLP
44 Montgomery Street Suite 3400
San Francisco, CA 94104
415−693−0700
Fax: 415−693−0770
cmicheletti@zelle.com
ccorbitt@zelle.com
dlambrinos@zelle.com
jzahid@zelle.com

Lee Albert
Brian Murray
GLANCY BINKOW & GOLDBERG LLP
30 Broad Street, Suite 1401
New York, NY 10004
Telephone: (212) 382-2221

Ralph B. Kalfayan
KRAUSE KALFAYAN BENINK
& SLAVENS, LLP
550 W. C Street, Suite 530
San Diego, CA 92101
Telephone: (619) 232-0331
Facsimile: (619) 232-4019
Ralph@kkbs-law.com

Paul Mark Sandler
SHAPIRO SHER GUINOT AND SANDLER
36 S Charles St., Suite 2000
Baltimore, MD 21201
Telephone: (410) 385-0202
Facsimile: (410) 539-7611
pms@shapirosher.com

Howard Sedran
LEVIN, FISHBEIN, SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
Telephone: (877) 882-1011

Roger Mandel
LACKEY HERSHMAN LLP
3102 Oak Lawn Avenue, Suite 777
Dallas, TX 75219-4241
Telephone: (214) 560-2201
Facsimile: (214) 560.2203

Garrett Blanchfield
REINHARDT WENDORF & BLANCHFIELD
E-1250 First National Bank Bldg.
332 Minnesota St.
St. Paul, MN 55101
651-287-2100
651-287-2103 (fax)

Terry Gross
GROSS BELSKY ALONSO LLP
One Sansome Street
Suite 3670
San Francisco California 94104
415 544-0200
415 544-0201 (fax)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 28, 2013 the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's system.

Dated:   February 28, 2013                                        /s/ Kit A. Pierson
                                                                  Kit A. Pierson